USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JENISA ANGELES, *on behalf of himself and all others similarly situated*,

                     **Plaintiff,**

   -against-

BIKE BANDIT, LLC,

                     **Defendant.**

-------------------------------------------------------------X

1:20-cv-08560-ALC

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 20, 2021, the Court ordered Plaintiff to show cause by February 10, 2021, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 6. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated:  April 1, 2021**
       New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**